UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61340-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                              **O R D E R**

IAN LEID,

    Defendant.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    Plaintiff initiated this action with the filing of its Complaint on August 20, 2008. On the same day a summons was issued as to Defendant, and Plaintiff unsuccessfully attempted to serve him two weeks later on September 2, 2008. See DE 4. After 120 passed from the time Plaintiff's Complaint was filed, the Court issued an order to show cause why service of process had not been effected in accordance with Rule 4(m). Plaintiff responded that its earlier attempt at service was to an incorrect address and it is now attempting to effect service at a different address. This does not establish good cause. Fed. R. Civ. P. 4(m).

    Plaintiff learned of the incorrect address two weeks after this suit was filed. It has had well over 120 days after learning it had the wrong address to remedy its error. Additionally, nothing establishes why after the Court entered its Order (DE 3), Plaintiff did not immediately effect service of process at the

correct address.  Therefore, the Court shall dismiss this action without prejudice.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 4(m), the above-styled cause be and the same is hereby **DISMISSED**, without prejudice; and

2.  To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___6th___ day of January, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished to:

All Counsel of Record